# *UNITED STATES DISTRICT COURT*

## SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 FEB -7 PM 3:43 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: '08 MJ 0359

The person charged as Mary C. Garcia now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of Guam, in violation of Title 18, U.S.C. §§ 2 & 371, Count 3; 2 & 1028(a)(1); 1028(b)(1)(A)(ii); 1028(c)(1) & (1028)(c)(3)(A), Counts 21 through 23.

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 02/07/2008

John R. Ireland
Special Agent
Federal Bureau of Investigation

Reviewed and Approved:

Dated: 2/7/08.

Assistant United States Attorney

1R

AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of GUAM

UNITED STATES OF AMERICA

V.

MARY C. GARCIA

## WARRANT FOR ARREST

Case Number: CR-08-00004-004

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MARY C. GARCIA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation ☐ Violation Notice

charging him or her with (brief description of offense)

Criminal Conspiracy, 18 U.S.C. §§ 2 & 371, Count 3

Fraud in Connection With Identification Documents, 18 U.S.C. §§ 2 & 1028(a)(1); 1028(b)(1)(A)(ii); 1028(c)(1) & 1028(c)(3)(A), Counts 21 through 23

☐ in violation of Title ______ United States Code, Section(s) ______

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

MARILYN B. ALCON
Name of Issuing Officer

Marilyn B. Alcon
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

01/23/2008 Hagatna, Guam
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named individual at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

COPY

EYLee.Ind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 23 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA,
Plaintiff,
vs.
EUN YOUNG LEE,
aka Eun Young Cho,
aka Ina Lee,
MARCELINO J. LASERNA,
JOHN W.C. DUENAS,
MARY C. GARCIA,
JOSEPH PANGELINAN,
FRANCISCO SN KAWAMOTO, and
MARGARET B. UNTALAN,
Defendants.

CRIMINAL CASE NO. 08-00004

**INDICTMENT**

**CRIMINAL CONSPIRACY**
[18 U.S.C. §§ 2 & 371]
(COUNTS I thru VI)

**FRAUD CONCERNING IDENTIFICATION DOCUMENTS**
[18 U.S.C. §§ 2;1028(a)(1);1028(b)(1)(A)(ii); 1028(c)(1) & 1028(c)(3)(A)]
(COUNTS VII thru XXIII)

THE GRAND JURY CHARGES:

INTRODUCTION

1. At all times relevant to this Indictment, the Guam Department of Revenue and Taxation (the Department) Motor Vehicle Division (MVD) was a component unit and agency of the Government of Guam. The MVD's responsibilities included the licensing, registration, and related enforcement functions concerning the operation of motor vehicles on Guam. In

particular, the MVD was responsible for administering the examination and licensing program for all drivers on Guam's highways, pursuant to the requirements of 16 Guam Code Annotated, § 3101.

2. The United States Internal Revenue Service (IRS) issued a tax processing number, called an Individual Taxpayer Identification Number (TIN) to individuals who were required to have a U.S. taxpayer identification number but did not, or were not eligible to obtain a Social Security Number from the Social Security Administration. To qualify for and to receive a TIN, the individual had to have a tax filing requirement and had to file a valid federal income tax return.

3. The MVD motor vehicle examiners were responsible for ensuring that Guam driver's licenses and learner's permits were issued only to qualified persons as provided by Guam statute and by MVD's rules and regulations. The MVD had a standard operating procedure for the issuance of driver's licenses and learner's permits. The applicant was required to provide biographical and personal information on an application form, which included the applicant's Social Security Number (SSN) or Taxpayer Identification Number (TIN). The applicant was required to sign the form, declaring under penalty of perjury that the information contained therein was true, and to personally present it to an MVD examiner. The examiner was required to verify the information provided and enter the pertinent data into the MVD central computer. In particular, it was the examiner's duty to determine the true and correct identity of the applicant, and ensure that the correct biographical and identification data of each applicant was recorded in the MVD central computer. Every examiner knew that upon entry of this information, the MVD computer would create a file under the applicant's name, using the SSN or TIN on the application. The examiner would schedule language or driving tests if required. After the applicant had passed the required tests, or immediately if no tests were necessary, the applicant's vision was tested and he was photographed. The MVD computer would print out the license data, and the applicant would present that printout to the Department cashier and pay the

applicable license fee. The cashier would stamp a receipt of payment on the printout. The applicant would then return to the examiner's counter, present the stamped printout and receive his Guam driver's license or learner's permit.

4. At all times relevant to this indictment, regular Guam driver's licenses were valid for three years after the first anniversary of the date of birth of the applicant the date of issue; Guam learner's permits were valid for ninety (90) days from the date of issue.

5. At all times relevant to this indictment, 16 Guam Code Annotated (GCA) § 3101(c) permitted an alien holding a valid operator's license from his country of origin to drive upon Guam highways for a period not exceeding thirty (30) days from the date such person arrived on Guam. To continue legally driving on Guam, however, the alien must have been issued a Guam driver's license prior to the expiration of the thirty-day period. Upon issuance of this special license, the alien was allowed to continue legally driving on Guam for up to one (1) year from the date he arrived on Guam, unless the license issued from his country of origin expired before then. To obtain such a special license, the alien was required to register his license from his country of origin with the Department of Revenue and Taxation and to pay a registration fee as required by the Director of the Guam Department of Revenue and Taxation or his designee. Effective July 16, 2004, MVD regulations allowed an alien with a valid passport to qualify for a Guam driver's license, but only if the alien submitted letters from both the Internal Revenue Service and the Social Security Administration, to the effect that the alien had applied for a SSC or TIN, and his application had been denied.

6. Aliens who did not apply for a Guam driver's license thirty (30) days after their arrival on Guam, or who did not apply to register their operator's licenses from their countries of origin within thirty (30) days after their arrival on Guam, were not eligible for the program established by 16 Guam Code Annotated. § 3101(c). Such aliens were required to submit a driver's license or learner's permit application to the MVD in the same manner as lawful residents of the United States, as provided by 16 GCA § 3101(f).

7. MVD regulations required that applicants seeking a Guam driver's license or learner's permit, as provided by 16 GCA § 3101(f), have in their possession a valid Individual Taxpayer Identification Number (TIN) or Social Security Card (SSC) or a written verification of an SS number from the Social Security Administration prior to being issued a driver's license.

8. Guam has a Tourist Visa Waiver program for the Republic of Korea, which allows Korean citizens legally to enter and remain on Guam as tourists for no more than fifteen (15) days. Any Korean citizen who has entered Guam under that program and remains after the 15-day period is in violation of United States immigration laws and is subject to immediate arrest and deportation by United States Customs and Border Protection.

9. At all times relevant to this indictment, the Guam Department of Revenue and Taxation had a Memorandum of Understanding and Agreement with the University of Guam, wherein the University would proctor, score and tabulate written examinations taken by applicants for a Guam driver's license. A passing score on the written examination was required before the applicant could receive a Guam driver's license.

10. At all times relevant to this indictment, defendant EUN YOUNG LEE had contracted with the University of Guam to act as a Korean translator for the MVD driver's license written examination and other translation assignments related thereto. Her duties included truly and accurately translating the examination from English into Korean for the benefit of Korean-speaking applicants for Guam driver's licenses.

11. At all times relevant to this indictment, MARCELINO J. LASERNA, JOHN W.C. DUENAS, MARY C. GARCIA, JOSEPH PANGELINAN, FRANCISCO SN KAWAMOTO, and MARGARET B. UNTALAN, were employed as examiners for the Guam Department of Revenue and Taxation Motor Vehicle Division.

12. At all times relevant to this indictment, the production of a Guam driver's license or learner's permit was in and did affect interstate or foreign commerce.

OBJECT OF THE CONSPIRACY

13. It was an object of the conspiracy for EUN YOUNG LEE and others, both known and unknown to the Grand Jury, to enrich themselves by receiving money and other things of value to produce Guam Driver's licenses for persons who were not otherwise entitled lawfully to receive them.

MANNER AND MEANS OF THE CONSPIRACY

14. The objects of the conspiracy were to be accomplished and were accomplished as follows. For a fee, EUN YOUNG LEE would agree to provide a Guam driver's license or learning permit to a Korean citizen who was in the United States illegally, and hence did not qualify for such a license. She would create a letter addressed to this illegal alien, purportedly from the U.S. Internal Revenue Service, assigning the alien a Taxpayer Identification Number. In fact, the letter was a copy of an original IRS letter, with the information concerning the original recipient covered with white-out, and the alien's name and a false and fraudulent TIN substituted for the genuine name and number. LEE would assist in filling out an application for a Guam driver's license or learning permit in the name of the illegal alien, and record on the application the false and fraudulent TIN which she had created. LEE and/or the alien would submit the application bearing the false TIN to a cooperating MVD examiner. At times LEE and/or the alien would also submit the false IRS letter; at other times, she only recorded a false TIN on the application. The cooperating examiner would write the false and fraudulent TIN across the top of the application form, which notation served as a record that the examiner had seen the original IRS letter and verified that the TIN on the application had indeed been lawfully assigned to that alien. The examiner would enter the information on the alien's application into the MVD computer, and schedule a date for a written examination. LEE would sometimes proctor the written examination and provide the correct answers to the alien. Subsequently, LEE would almost always accompany the alien to the MVD, where the alien would be photographed

and receive the license or learner's permit. In this manner, Guam driver's licenses and learner's permits were illegally issued to aliens who were unlawfully in the United States.

COUNT I - CRIMINAL CONSPIRACY

15. Paragraphs 1 through 14 are incorporated and realleged herein.

16. Beginning on or about February 4, 2004, and continuing through March, 2005, within the District of Guam, the defendants herein, EUN YOUNG LEE, and MARCELINO J. LASERNA, did willfully and knowingly combine, conspire, confederate and agree with each other and with others both known and unknown to the Grand Jury, to commit the offense of Fraud in Connection with Identification Documents, in violation of Title 18, United States Code, Section 1028(a)(1), and to aid, abet, counsel, command, induce and procure the conspiracy charged in this count and willfully cause others to perform acts and make statements in furtherance of the conspiracy, and did perform the following overt acts for the purpose of carrying out the conspiracy:

17. On February 20, 2004, MARCELINO J. LASERNA created two files in the MVD computer for driver's license applications in the names of Sung Min Shin and Ki Cheol Han, having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application.

18. On February 23, 2004, MARCELINO J. LASERNA created three files in the MVD computer for driver's license applications in the names of Jung Soo Yang, Young Min Ho, and Geun Jae Lee, having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application.

19. On March 1, 2004, MARCELINO J. LASERNA created two files in the MVD computer for driver's license applications in the names of Seung Pill Choi and Dong Pyo Hong, having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application.

20. On March 16, 2004, MARCELINO LASERNA created a file in the MVD computer for a driver's license application in the name of Mi Ra Kim, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

21. On March 16, 2004, MARCELINO J. LASERNA created a file in the MVD computer for a driver's license application in the name of Deuk Soon Choi, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

22. On April 12, 2004, MARCELINO J. LASERNA created a file in the MVD computer for a driver's license application in the name of Chun Ja Cho, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

23. On May 20, 2004, MARCELINO J. LASERNA created a file in the MVD computer for a driver's license application in the name of Jong Yeon Hwang, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

24. On May 25, 2004, MARCELINO J. LASERNA created two files in the MVD computer for driver's license applications in the names of Jun Sung Min and Hae Sook Kang, having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application.

25. On August 26, 2004, ,MARCELINO J. LASERNA created a file in the MVD computer for a driver's license application in the name of Jae Min Lee, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

26. On October 25, 2004, MARCELINO J. LASERNA created two files in the MVD computer for driver's license applications in the names of Tae Kwun Jung and Won Il Koh,

having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application.

27. On November 9, 2004, MARCELINO J. LASERNA created two files in the MVD computer for driver's license applications in the names of In Hwan Cho and Hyuk Su Kang, having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application.

28. On November 30, 2004, MARCELINO J. LASERNA created three files in the MVD computer for driver's license applications in the names of Myung Sug Kim, Jae Hoan Seok and Tae Ho Kim, having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application.

29. On March 11, 2005, MARCELINO J. LASERNA created a file in the MVD computer for a learner's permit application in the name of Hak Ja Park, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

30. On August 3, 2005, MARCELINO J. LASERNA created a file in the MVD computer for a driver's license application in the name of Sung Kyu Hong, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

ALL IN VIOLATION OF Title 18, United States Code, Sections 2 and 371.

COUNT II - CRIMINAL CONSPIRACY

31. Paragraphs 1 through 14 are incorporated and realleged herein.

32. Beginning on or about February 4, 2004, and continuing through March, 2005, within the District of Guam, the defendants herein, EUN YOUNG LEE, and JOHN W.C. DUENAS, did willfully and knowingly combine, conspire, confederate and agree with each other and with others both known and unknown to the Grand Jury, to commit the offense of Fraud in

Connection with Identification Documents, in violation of Title 18, United States Code, Section 1028(a)(1), and to aid, abet, counsel, command, induce and procure the conspiracy charged in this count and willfully cause others to perform acts and make statements in furtherance of the conspiracy, and did perform the following overt acts for the purpose of carrying out the conspiracy:

33. On May 5, 2004, JOHN W.C. DUENAS created a file in the MVD computer for a driver's license application in the name of Sang Jin Park, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

34. On July 6, 2004, JOHN W.C. DUENAS created two files in the MVD computer for driver's license applications in the names of Ha Young Kim and You Soon Kim, having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application.

35. On August 3, 2004, JOHN DUENAS created two files in the MVD computer for driver's license applications in the names of Sang C Ryu and Jeong Min Ham, having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application.

ALL IN VIOLATION OF Title 18, United States Code, Sections 2 and 371.

COUNT III - CRIMINAL CONSPIRACY

36. Paragraphs 1 through 14 are incorporated and realleged herein.

37. Beginning on or about February 4, 2004, and continuing through March, 2005, within the District of Guam, the defendants herein, EUN YOUNG LEE, and MARY C. GARCIA, did willfully and knowingly combine, conspire, confederate and agree with each other and with others both known and unknown to the Grand Jury, to commit the offense of Fraud in Connection with Identification Documents, in violation of Title 18, United States Code, Section 1028(a)(1), and to aid, abet, counsel, command, induce and procure the conspiracy charged in

this count and willfully cause others to perform acts and make statements in furtherance of the conspiracy, and did perform the following overt acts for the purpose of carrying out the conspiracy:

38. On July 20, 2004, MARY C. GARCIA created three files in the MVD computer for driver's license applications in the names of Kil Ja Lee, Keun Seok Bang and Jin Woo Park, having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application.

39. On July 20, 2005, MARY C. GARCIA created a file in the MVD computer for a driver's license application in the name of Kyung Ja Park, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

40. On August 2, 2005, MARY C. GARCIA created a file in the MVD computer for a driver's license application in the name of Jum Soo Park, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

ALL IN VIOLATION OF Title 18, United States Code, Sections 2 and 371.

## COUNT IV - CRIMINAL CONSPIRACY

41. Paragraphs 1 through 14 are incorporated and realleged herein.

42. Beginning on or about February 4, 2004, and continuing through March, 2005, within the District of Guam, the defendants herein, EUN YOUNG LEE, and JOSEPH PANGELINAN, did willfully and knowingly combine, conspire, confederate and agree with each other and with others both known and unknown to the Grand Jury, to commit the offense of Fraud in Connection with Identification Documents, in violation of Title 18, United States Code, Section 1028(a)(1), and to aid, abet, counsel, command, induce and procure the conspiracy charged in this count and willfully cause others to perform acts and make statements in furtherance of the

conspiracy, and did perform the following overt acts for the purpose of carrying out the conspiracy:

43. On March 16, 2004, JOSEPH PANGELINAN created a file in the MVD computer for a driver's license application in the name of Ok Sun Kim, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

44. On March 15, 2005, JOSEPH PANGELINAN created a file in the MVD computer for a driver's license application in the name of Tong Hun Lee, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

45. On March 29, 2005, JOSEPH PANGELINAN created two files in the MVD computer for driver's license applications in the names of Tae Sung Choi, and Sang Mee Chun, having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application.

46. On April 12, 2005, JOSEPH PANGELINAN created three files in the MVD computer for driver's license applications in the names of Yu Suk Kang, Yeong Beom Gim, and Ang Mi Choi, having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application.

ALL IN VIOLATION OF Title 18, United States Code, Sections 2 and 371.

<u>COUNT V - CRIMINAL CONSPIRACY</u>

47. Paragraphs 1 through 14 are incorporated and realleged herein.

48. Beginning on or about February 4, 2004, and continuing through March, 2005, within the District of Guam, the defendants herein, EUN YOUNG LEE, and FRANCISCO SN KAWAMOTO, did willfully and knowingly combine, conspire, confederate and agree with each other and with others both known and unknown to the Grand Jury, to commit the offense of

Fraud in Connection with Identification Documents, in violation of Title 18, United States Code, Section 1028(a)(1), and to aid, abet, counsel, command, induce and procure the conspiracy charged in this count and willfully cause others to perform acts and make statements in furtherance of the conspiracy, and did perform the following overt acts for the purpose of carrying out the conspiracy:

49. On May 26, 2004, FRANCISCO SN KAWAMOTO created two files in the MVD computer for driver's license applications in the names of Haeng Hwa Lee and Jung Il Chae, having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application.

50. On January 31, 2005, FRANCISCO SN KAWAMOTO created a file in the MVD computer for a driver's license application in the name of Sang Ho Kim, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

51. On May 3, 2005, FRANCISCO SN KAWAMOTO created a file in the MVD computer for a driver's license application in the name of Mi Jung Kim, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

52. On August 2, 2005, FRANCISCO SN KAWAMOTO created a file in the MVD computer for a driver's license application in the name of Dong Mi Kang, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

53. On September 14, 2005, FRANCISCO SN KAWAMOTO created a file in the MVD computer for a driver's license application in the name of Dong Mi Kang, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

ALL IN VIOLATION OF Title 18, United States Code, Sections 2 and 371.

COUNT VI - CRIMINAL CONSPIRACY

54. Paragraphs 1 through 14 are incorporated and realleged herein.

55. Beginning on or about February 4, 2004, and continuing through March, 2005, within the District of Guam, the defendants herein, EUN YOUNG LEE, and MARGARET B. UNTALAN, did willfully and knowingly combine, conspire, confederate and agree with each other and with others both known and unknown to the Grand Jury, to commit the offense of Fraud in Connection with Identification Documents, in violation of Title 18, United States Code, Section 1028(a)(1), and to aid, abet, counsel, command, induce and procure the conspiracy charged in this count and willfully cause others to perform acts and make statements in furtherance of the conspiracy, and did perform the following overt acts for the purpose of carrying out the conspiracy:

56. On April 14, 2004, MARGARET B.UNTALAN created a file in the MVD computer for a driver's license application in the name of Sung Jun Han, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

57. On January 18, 2005, MARGARET B. UNTALAN created three files in the MVD computer for driver's license applications and a learner's permit in the names of Dong Sik Jung, Min Chul Lee, and Ji Eon Lee, having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application, which TIN purported to be the applicant's lawful identification.

58. On November 9, 2005, MARGARET B. UNTALAN created a file in the MVD computer for a driver's license application in the name of Young Nam Kim, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

59. On November 28, 2005, MARGARET B. UNTALAN created a file in the MVD computer for a beginner's permit application in the name of Jung Ja Oh, having received this

application from EUN YOUNG LEE and Jung Suk Kim, and knowing that this application bore a false and fraudulent Taxpayer Identification Number (TIN).

ALL IN VIOLATION OF Title 18, United States Code, Sections 2 and 371.

COUNT VII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

60. Paragraphs1 through 14 are incorporated and realleged herein.

61. On or about March 10, 2004, in the District of Guam, the defendants herein, MARCELINO J. LASERNA and EUN YOUNG LEE, did knowingly and without lawful authority produce more than five (5) identification documents, authentication features and false identification documents, to-wit:

a) Guam driver's license number 122 809 6863 in the name Sung Min Shin, by means of a false TIN, 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;

b) Guam driver's license number 122 809 6865 in the name Ki Cheol Han, by means of a false TIN, 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;

c) Guam learner's permit in the name of Jung Soo Yang, by means of a false TIN, 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;

d) Guam driver's license number 122 809 6843 in the name Young Min Ko, by means of a false TIN, 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;

e) Guam driver's license number 122 809 6868 in the name of Geun Jae Lee, by means of a false TIN, 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;

f) Guam driver's license number 122 809 6852 in the name of Seung Pill Choi, by means of a false TIN, 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; and

g) Guam driver's license number 122 809 6842 in the name of Dong Pyo Hong, by means of a false TIN, 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,

and the production of said driver's licenses and permits was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(b)(1)(B), 1028(c)(1) & 1028(c)(3)(A).

COUNT VIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

62. Paragraphs 1 through 14 are incorporated and realleged herein.

63. On or about June 4, 2004, in the District of Guam, the defendants herein, MARCELINO J.LASERNA and EUN YOUNG LEE, did knowingly and without lawful authority produce two (2) identification documents, authentication features and false identification documents, to-wit: Guam driver's license number 122 810 0584 in the name Jun Sung Min, by means of a false TIN, 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; and Guam driver's license number 122 810 0582 in the name Hae Sook Kang, by means of a false TIN, 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, and the production of said driver's licenses was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT IX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

64. Paragraphs 1 through 14 are incorporated and realleged herein.

65. On or about November 4, 2004, in the District of Guam, the defendants herein, MARCELINO J. LASERNA and EUN YOUNG LEE, did knowingly and without lawful authority produce three (3) identification documents, authentication features and false identification documents, to-wit: Guam driver's license number 122 810 5782 in the name Jae Min Lee, by means of a false TIN, 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; Guam driver's license number 122 810 5786 in the name Tae Kwun Jung by means of a false TIN, 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; and Guam driver's license number 122 810 5781 in the name Won Il Koh, by means of a false TIN, 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, and the production of said driver's licenses was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT X - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

66. Paragraphs 1 through 14 are incorporated and realleged herein.

67. On or about December 13, 2004, in the District of Guam, the defendants herein, MARCELINO J. LASERNA and EUN YOUNG LEE, did knowingly and without lawful

authority produce an identification document, authentication feature and false identification document, to-wit: Guam driver's license number 122 810 6836 in the name Jae Hoan Seok, by means of a false TIN, 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, and the production of said driver's licenses was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

68. Paragraphs 1 through 14 are incorporated and realleged herein.

69. On or about March 24, 2005, in the District of Guam, the defendants herein, JOSEPH PANGELINAN and EUN YOUNG LEE, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-wit: a Guam driver's license number 122 810 8858 in the name Tong Hun Lee, by means of a false TIN, 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, and the production of said learner's permit was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

70. Paragraphs 1 through 14 are incorporated and realleged herein.

71. On or about April 8, 2005, in the District of Guam, the defendants herein, JOSEPH PANGELINAN and EUN YOUNG LEE, did knowingly and without lawful authority produce two identification documents, authentication features and false identification documents, to-wit: Guam driver's license number 122 810 9153 in the name Tae Sung Choi, by means of a false TIN, 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, and an illegal duplicate driver's license in the name Mike Park, number 122 810 8937, and the production of said driver's license was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

72. Paragraphs 1 through 14 are incorporated and realleged herein.

73. On or about April 21, 2005, in the District of Guam, the defendants herein, JOSEPH PANGELINAN and EUN YOUNG LEE, did knowingly and without lawful authority produce two identification documents, authentication features and false identification documents, to-wit: Guam driver's license number 122 810 9358 in the name Yu Suk Kang, by means of a false TIN, 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, and Guam Driver's license number 122 810 9359 in the name Yeong Beom Gim, by means of a false TIN, 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, and the production of said driver's licenses was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XIV - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

74. Paragraphs 1 through 14 are incorporated and realleged herein.

75. On or about January 27, 2005, in the District of Guam, the defendants herein, MARGARET B. UNTALAN and EUN YOUNG LEE, did knowingly and without lawful authority produce two identification documents, authentication features and false identification documents, to-wit: Guam driver's license 122 810 7744 in the name Min Chul Lee, by means of a false TIN, 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, and a Guam learner's permit in the name Ji Eon Lee, by means of a false TIN, 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, and the production of said driver's license and learner's permit was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XV - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

76. Paragraphs 1 through 14 are incorporated and realleged herein.

77. On or about December 7, 2005, in the District of Guam, the defendants herein, MARGAET B. UNTALAN and EUN YOUNG LEE, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-

wit: a Guam learner's permit in the name Jung Ja Oh, by means of a false TIN, 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, and the production of said learner's permit was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XVI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

78. Paragraphs 1 through 14 are incorporated and realleged herein.

79. On or about July 14, 2004, in the District of Guam, the defendants herein, JOHN DUENAS and EUN YOUNG LEE, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-wit: Guam driver's license number 122 810 1989 in the name You Soon Kim by means of a false TIN, 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, and the production of said driver's license was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XVII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

80. Paragraphs 1 through 14 are incorporated and realleged herein.

81. On or about August 11, 2004, in the District of Guam, the defendants herein, JOHN DUENAS and EUN YOUNG LEE, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-wit: Guam driver's license number 122 810 2977 in the name Jeong Min Ham, by means of a false TIN, 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 and the production of said driver's license was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XVIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

82. Paragraphs 1 through 14 are incorporated and realleged herein.

83. On or about August 12, 2004, in the District of Guam, the defendants herein, JOHN

DUENAS and EUN YOUNG LEE, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-wit: Guam driver's license number 122 810 3034 in the name Sang C Ryu, by means of a false TIN, 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, and the production of said driver's license was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XIX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

84. Paragraphs 1 through 14 are incorporated and realleged herein.

85. On or about June 4, 2004, in the District of Guam, the defendants herein, FRANCISCO SN KAWAMOTO and EUN YOUNG LEE, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-wit: Guam driver's license number 122 810 0592 in the name Haeng Hwa Lee, by means of a false TIN, 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, and the production of said learner's permit was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

86. Paragraphs 1 through 14 are incorporated and realleged herein.

87. On or about May 12, 2005, in the District of Guam, the defendants herein, FRANCISCO SN KAWAMOTO and EUN YOUNG LEE, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-wit: Guam driver's license number 122 810 9667 in the name Mi Jung Kim, by means of a false TIN, 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, and the production of said driver's license was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XXI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

88. Paragraphs 1 through 14 are incorporated and realleged herein.

89. On or about July 27, 2004, in the District of Guam, the defendants herein, MARY C. GARCIA and EUN YOUNG LEE, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-wit: a Guam learner's permit in the name of Kil Ja Lee, by means of a false TIN, 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, and the production of said learner's permit was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XXII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

90. Paragraphs 1 through 14 are incorporated and realleged herein.

91. On or about July 28, 2004, in the District of Guam, the defendants herein, MARY C. GARCIA and EUN YOUNG LEE, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-wit: Guam driver's license number 122 810 2441 in the name Keun Seok Bang, by means of a false TIN, 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, and the production of said driver's license was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XXIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

92. Paragraphs 1 through 14 are incorporated and realleged herein.

93. On or about July 28, 2005, in the District of Guam, the defendants herein, MARY C. GARCIA and EUN YOUNG LEE, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-wit: Guam driver's license number 122 811 0900 in the name Kyung Ja Park, by means of a false TIN, 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, and the production of said driver's license was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

Dated this 23rd day of January, 2008.

A TRUE BILL.

DEBBIE LEON GUERRERO
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: 
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: 
JEFFREY J. STRAND
First Assistant U.S. Attorney