**Minutes of the United States District Court**
**Southern District of California**
**February 8,2008**

**HON. RUBEN B. BROOKS** **DEPUTY CLERK: R. BRESSI**

---

TAPE NO. RBB08-10:32-10:45 and 14:09-14:12

08MJ0359-RBB USA vs. MARY C. GARCIA (I)(C) #07145298

ID/REMOVAL HEARING

FEDERAL DEFENDERS, INC.
BY DAVID PETERSON

AUSA: CALEB MASON

---

DFT STATES TRUE NAME TO BE MARY J. GARCIA
DFT WAIVES ID/REMOVAL HEARING; WAIVER FILED
COURT SETS BOND AT $10,000 PS SECURED BY DFT'S SIGNATURE
DFT STIPULATES TO REMOVAL AND ADMITS IDENTITY
COURT ORDERS THE DEFENDANT TO APPEAR IN THE DISTRICT OF GUAM BEFORE THE DUTY MAGISTRATE JUDGE OR DISTRICT JUDGE ON 2/15/08 AT 9:00 A.M.
ORDER OF REMOVAL FILED