FILED

FEB - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>**MARY J. GARCIA,**<br>Defendant. | Magistrate Case No. **08MJ0359**<br><br>**ORDER OF REMOVAL**<br>**(Defendant Not in Custody)** |

An indictment having been filed in the District of Guam, charging defendant **MARY J. GARCIA** with fraud in connection with identification documents, in violation of Title 18, United States Code, Sections 2, 371, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) and 1028(c)(3)(A). Defendant **MARY J. GARCIA** was arrested on February 7, 2008, in the Southern District of California, pursuant to the out of district arrest warrant related to said indictment. Defendant **MARY J. GARCIA** then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant **MARY C. GARCIA**, report to the United States Duty Magistrate/District Court Judge, or U.S. Pretrial Services, United States Courthouse, 520 West Soledad Avenue, Hagatna, Guam 96910, on Friday, February 15, 2008 at 9:00 a.m. for further proceedings.

Dated: 2/8/2008

**HONORABLE RUBEN B. BROOKS**
United States Magistrate Judge
**Southern District of California**