# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

RECEIVED
STAMPED IN ERROR
STAMPED IN ERROR
STAMPED IN ERROR
2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

FILED
DISTRICT COURT OF GUAM
FEB 20 2008
JEANNE G. QUINATA
Clerk of Court

February 11, 2008

FILED
MAR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

District of Guam
520 West Soledad Avenue
Hagatna, GU 96910-4950

Re: 08mj359 RBB, USA v. Garcia

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Complaint | X | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | | Waiver of Removal |
| X | Personal Surety Bond | | |
| X | Other | Abstract of Order; Order and Conditions of Pretrial Release; Waiver; | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

P. DELA CRUZ

By: ______________________
P. Dela Cruz, Deputy Clerk

ACKNOWLEDGED RECEIPT
Sign: [signature]
Print: WALTER TENORIO
Date: 2/20/08